IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

PAUL JAMES KOUMJIAN             §
VS.                             §   CIVIL ACTION NO. 1:06cv146
DIRECTOR, TDCJ-CID              §

MEMORANDUM OPINION

Petitioner Paul James Koumjian, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, complains of a prison disciplinary conviction in case number 20050234190.  Petitioner also complained of this prison disciplinary conviction in civil action number 1:05cv436, a lawsuit which also raised civil rights claims. In civil action number 1:05cv436, styled *Koumjian v. University of Texas Medical Branch*, the court has entered an order severing the habeas claim concerning case number 20050234190.  The severed claim has been assigned civil action number 1:08cv373.

As petitioner now has another case in which to contest his disciplinary conviction in case number 20050234190, the above-styled petition for writ of habeas corpus will be dismissed without prejudice.  All grounds for review petitioner may have

concerning case number 20050234190 should be asserted in civil

action number 1:08cv373.

    **SIGNED** this the **18** day of **July, 2008.**

                                                Thad Heartfield
                                                United States District Judge